WWR #05560182

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JIANGSU OVERSEAS GROUP MATERIAL TECHNOLOGY CO., LTD. | CASE NO. 2:07-cv-04012-JAG-MCA |
| Plaintiff, | JUDGE JOSEPH A. GREENAWAY, JR.<br>MAG. JUDGE MADELINE C. ARLEO |
| vs. | |
| PJ TOYS, INC., | **PROPOSED ORDER GRANTING:**<br>***PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT FOR SUM CERTAIN*** |
| Defendant. | ***PURSUANT TO FED.R.CIV.P. 55(b)(1)*** |

Upon review of *Plaintiff's Motion For Default Judgment For Sum Certain Pursuant to Fed.R.Civ.P. 55(b)(1)*, and for good cause show, said Motion is hereby granted.

Defendant's default is hereby entered pursuant to Fed.R. 55(a). Further, default judgment is hereby granted in favor of Plaintiff Jiangsu Overseas Group Material Technology Co., Ltd. and against Defendant, PJ Toys, Inc., in the sum certain amount of $292,759.07, pursuant to Fed.R.Civ.P. 55(b)(1).

Date: 2/21/08

WILLIAM T. WALSH

By: Charlie Sanders
Deputy Clerk